# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

IKE ELIAS,

            Plaintiff(s),

v.

SILVER STATE TRANSPORTATION, LLC., et al.,

            Defendant(s).

2:22-cv-00563-JAD-VCF

**ORDER**

Before the court is *Ike Elias v. Silver State Transportation, LLC*, case number 2:22-cv-00563-JAD-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that an in-person pre-trial conference is scheduled for 3:00 PM, July 15, 2022, in Courtroom 3D, third floor, Lloyd D. George Federal Courthouse, United States District Court, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that plaintiff Ike Elias must appear in person.

DATED this 5th day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE