# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

IKE ELIAS,

      Plaintiff,

v.

SILVER STATE TRANSPORTATION
SERVICES, LLC, et al.,

      Defendants.

Case No. 2:22-cv-00563-JAD-VCF

**ORDER**

(Docket No. 32)

      Pending before the Court is Plaintiff's motion for an order to show cause.  Docket No. 32. On August 8, 2022, the parties participated in an Early Neutral Evaluation conference and reached a settlement agreement.  Docket No. 30.  In light of the settlement agreement, the Court ordered the parties to file a stipulation of dismissal by September 12, 2022.  *Id.*   No stipulation has been filed to date.  *See* Docket.  Plaintiff alleges that he has attempted to contact Defendants' counsel multiple times but has been unsuccessful.  Docket No. 32 at 2.

      Accordingly, Plaintiff's motion for an order to show cause is **GRANTED**.  Docket No 32. Attorney William Palmer is hereby **ORDERED** to show cause in writing, no later than October 14, 2022, why he should not be sanctioned in a court fine of up to $5000 for violating the Court's order.[1]  *See* Fed. R. Civ. P. 16(f).  The filing of a stipulation of dismissal by that date will automatically suffice to discharge this order to show cause.

      IT IS SO ORDERED.

      Dated: September 30, 2022

                               _____
                               Nancy J. Koppe
                               United States Magistrate Judge

---

[1]    This is not the first time Defendants' counsel has failed to comply with a court-ordered deadline in this case.  *See* Docket No. 20 (order to show cause for why Defendants and Defendants' counsel should not be sanctioned for missing a filing deadline).  Despite the imposition of sanctions for missing that prior deadline, Docket No. 25, Mr. Palmer has again failed to comply with this Court's order.  Mr. Palmer is cautioned that any subsequent failures to comply with this Court's orders may result in severe sanctions.