**PALMER LITIGATION**
**WILLIAM B. PALMER III, ESQ.**
Nevada Bar No.: 012624
Utah Bar No.: 16317
1361 E. Red Hills Parkway, Suite B2
St. George, UT 84770
Telephone No. (435) 465-8733
Facsimile No. (435) 216-3644
Email: billy@palmerlitigation.com
*Attorneys for Defendant,*
*Regional Transportation Commission and*
*Silver State Transportation Services, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IKE ELIAS,<br><br>    Plaintiff,<br><br>vs.<br><br>SILVER STATE TRANSPORTATION SERVICES, LLC, a Nev Limited Liability SSTS, REGIONAL TRANSPORTATION COMMISSION (RTC), and DOES AND ROES I Through XX, inclusive,<br><br>    Defendants. | CASE NO.:  2:22-cv-00563-JAD-VCF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANTS SILVER STATE TRANSPORTATION SERVICES, LLC REGIONAL TRANSPORTATION COMMISSION (RTC)  & ORDER**<br><br>ECF No. 35 |

Plaintiff Ike Elias and Defendants Silver State Transportation Services, LLC, and Regional Transportation Commission (RTC), hereby stipulate under Federal Rule of Civil Procedure 41(a)(2) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs, pursuant to the Settlement Agreement as ordered by the Court.

Dated: October 12, 2022

_____
IKE ELIAS
Plaintiff in proper person

_____
WILLIAM B. PALMER III, ESQ., NV
PALMER LITIGATION

**ORDER**

Based on the parties' stipulation [ECF No. 35] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 14, 2022

1