# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

IKE ELIAS,

        Plaintiff(s),

v.

SILVER STATE TRANSPORTATION SERVICES LLC, et al.,

        Defendant(s).

2:22-cv-00563-JAD-VCF

**ORDER**

Before the Court is plaintiff's motion for an order to set discovery date and set a scheduling order and to resume this case (ECF NO. 46).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on plaintiff's motion for an order to set discovery date and set a scheduling order and to resume this case (ECF NO. 46), is scheduled for 10:00 AM, June 1, 2023, in Courtroom 3D.

DATED this 8th day of May 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE