# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

IKE ELIAS,

        Plaintiff(s),

v.

SILVER STATE TRANSPORTATION SERVICES LLC, et al.,

        Defendant(s).

2:22-cv-00563-JAD-VCF

**ORDER**

On June 1, 2023, the court set an in person hearing for June 12, 2023, at 11:00 AM in Courtroom 3D. ECF No. 50.

Accordingly,

IT IS HEREBY ORDERED that defense counsel, William Palmer III must appear in person.

IT IS FURTHER ORDERED that an Officer, Director or Managing Agent of Defendant Silver State Transportation Services, LLC, must also attend the June 12, 2023, hearing in person.

At the June 1, 2023, hearing William Palmer II testified under oath that he worked as a paralegal on this case. IT IS FURTHER ORDERED that William Palmer II must attend in person at the hearing scheduled for June 12, 2023, at 11:00 AM.

DATED this 2nd day of June 2023.

                                                              CAM FERENBACH
                                                              UNITED STATES MAGISTRATE JUDGE