UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IKE ELIAS,<br><br>Plaintiff,<br><br>vs.<br><br>SILVER STATE TRANSPORTATION SERVICES, LLC, a Nev Limited Liability SSTS, REGIONAL TRANSPORTATION COMMISSION (RTC), and DOES AND ROES I Through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00563-JAD-VCF<br><br>STIPULATION OF DISMISSAL OF DEFENDANTS SILVER STATE TRANSPORTATION SERVICES, LLC REGIONAL TRANSPORTATION COMMISSION (RTC)<br><br>& Order<br><br>ECF No. 58 |

Plaintiff Ike Elias and Defendants Silver State Transportation Services, LLC, and Regional Transportation Commission (RTC), hereby stipulate under Federal Rule of Civil Procedure 41(a)(2) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs as ordered by the Court on June 12, 2023.

Dated: this 20 day of June, 2023.

_____
IKE ELIAS
Plaintiff in proper person

Dated: this 14th day of June, 2023.

_____
WILLIAM B. PALMER, III, Esq., NV Bar No.: 012624
PALMER LITIGATION

ORDER

Based on the parties' stipulation [ECF No. 58] and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 6, 2023